UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RUBEN ANDERSON #214230                         CIVIL ACTION

VERSUS                                         NUMBER:  06-2027

LYNN A COOPER (WARDEN)                         SECTION:  "A"(1)

O R D E R

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's motion to dismiss his federal *habeas corpus* petition (Rec. Doc. 8) is **GRANTED**, and his petition is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 16th day of August, 2006.

                                              _____
                                              JAY C. ZAINEY
                                              UNITED STATES DISTRICT JUDGE